RECEIVED
USDC, CLERK GREENVILLE, SC
2015 APR 20  PM 2: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

*Pro Se* **Non-Prisoner Complaint Form**

*[Enter the full name of the plaintiff in this action]*

**Benjamin Lewis Anderson**

Civil Action No. _____
*(to be assigned by Clerk)*

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

**Davita Upstate Dialysis Center**

**Carolina Nephrology**

*If allowed by statute, do you wish to have a trial by jury?* Yes _____ No _____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I. PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes **✓** No _____

B. If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1. Parties to this previous lawsuit:
   Plaintiff: **Benjamin L. Anderson**
   Defendant(s): **Davita Upstate Dialysis Center**
2. Court: **Court of Common Pleas**

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: **2014-CP-23-06070**

4. Name(s) of Judge(s) to whom case was assigned: **Barber**

5. Status of Case: **Discovery Phase**
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: **November 5, 2013**

7. Date of disposition (if concluded): **Waiting for trial date**

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____ No **X**

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: **Benjamin L. Anderson**
   Address: **445 W. Rebound Rd Lancaster, SC 29720**

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: **Davita Upstate Dialysis Center**
   Address: **309 Mills Avenue, Greenville, SC 29605**

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

**Carolina Nephrology**
**Mills Ave, Greenville S.C**
**Chokri Alioua - in his individual capacity (Nephrologist) of Carolina Nephrologist**
**Kevin Donavan, Facility Administrator in his individual capacity - Davita Upstate**

## III. STATEMENT OF CLAIM
*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

(1) Violation of Civil Rights

(2) Deprivation of equal privileges and immunities under the laws - class-based invidiously discriminatory animus

(3) Sexual harrassment

(4) Retaliation for "Protected Activity"

Employees of Davita Upstate involved:

Brian Hamrick - white November 5, 2013 stated... "You're not a drug dealer... you have drugs in your body now." - Davita dialysis center on dialysis

Ms Keefe - white October 31, 2013 Patted Plaintiff on his buttocks while gyrating her body and said... "I got moves" - Davita Dialysis in presence of other patients and employees

### III. STATEMENT OF CLAIM - continued.

Savannah Gains, RN white with Michele Owens, Tech both white females. Ms Gains said: "We won't poke fun of you anymore now that we know what size penis you have." - November 12, 2013 at Davita dialysis while receing dialysis.

Peggy Roper, RN white female on November 16, 2013... said, "That is a butch of shit." "Boy you're silly as shit." "He's stupid." - At Davita Upstate in dialysis area in presence of her peers and patients.

White female employee dialysis technician stated... "That high-powered stuff on you will have you hallucinating and everything else." November 16, 2013 at Davita Upstate dialysis area in presence of her peers and patients.

White female employee dialysis technician said... "Our girls don't give a shit." "Our Jews didn't give a shit, that's why they put you out." (referring to Cedars-Sinai Medical Center, California) "That's why that SDA group used those high-powered satellite transmissions on you." November 16, 2013 at Davita Upstate dialysis area in presence of her peers and patients.

1. IV. STATEMENT OF CLAIM - continued.
2. White female technician stated: "That is
3. why Loma Linda University used those high-
4. powered satellite transmissions while you
5. were working.. "They didn't give a sh*t whether
6. they hurt you or not." November 16, 2013 at
7. Davita Upstate dialysis area.
8. White female technician stated... "They would
9. not do it to our group"(whites) November 19, 2013
10. at Davita Upstate dialysis area.
11. Peggy Roper, white RN stated..."I Lied that's
12. why Ben (Plaintiff) protested us."
13. November 19, 2013 at Davita Upstate in the
14. dialysis area.
15. Angela, technician with Michele Owens
16. laughed about how high my blood pressure
17. was when they found out that I went to
18. St. Francis hospital on November 16, 2013.
19. November 19, 2013 in Davita Upstate dialysis
20. area.
21. Dr. Chokri Aliaua, Nephrologist, white discriminated
22. against Plaintiff on November 19, 2013 when he
23. stated... "We don't have this drug here."
24. (referring to a refill of valium, after the
25. harassment by staff)
26. Timothy Cornette, RN white male... stated... "We're
27. willing to back off of you buddy." November, 19
28. 2013 in dialysis area in presence of patients.

III. STATEMENT OF CLAIM - continued

"Savannah Gaines, RN white female stated... "That's why I got her to do you like that." (referring to Peggy Roper, RN) November 23, 2013 at Davita Upstate dialysis area.

White female RN, Savannah Gaines stated, "We heard you smoke crack with Black people." November 5, 2013 at Davita Upstate in the dialysis area in presence of peers and patients.

White female technician stated,... "They'll stress you all the way out." November 16, 2013 in Davita's dialysis area in presence of peers and patients.

The Plaintiff alleges that he wrote a letter of complaint to the Davita cooperate office in Irvine California regarding actions by Davita Upstate Dialysis Center. The cooperate office never answered the Plaintiffs complaint letter. Because the cooperate headquarters did nothing, Davita Upstate's employees conspired with Carolina Nephrology to deprive Plaintiff, an African American patient directly and indirectly of equal privileges of receiving dialysis treatment at their Upstate facility because of his race, contrary to 42 U.S.C 1985 (3). The Plaintiff alleges the racial harassment was

III. STATEMENT OF CLAIM — continued

Class-based invidiously discriminatory animus. The conspiracy included Carolina Nephrology, and their Nephrologist, who agreed with the employees of Davita Upstate to interfere with his civil rights while receiving life support dialysis. The object of their conspiracy was to deny Plaintiff, a dialysis patient, of equal treatment as those of the majority group, which caused Plaintiff psychological and physical harm, by racially disparaging Plaintiff, making derogatory statements regarding his personal and private life while on dialysis. The Plaintiff alleges that the conspirators were all of the majority group (white) including the physician, Chukri Aliqaua of Carolina Nephrology.

The Plaintiff alleges that the employee comments offended African American patients as well as one caucasion patient, who stated to me, "Everybody knew this group w willing to do you like that."

The Plaintiff alleges that his blood pressure was the highest ever at Davita Upstate compared to other dialysis centers because of the racial disparagement.

III. STATEMENT OF CLAIM - continued

Plaintiff alleges nothing was done and no help was offered because the object of the conspiracy was accomplished. The Nepheologist lied about the medication refill, valium, because he participated in the concerted effort to deny Plaintiff of a stress free environment while receiving life support dialysis. This same physician stated on one occassion.... "I see you got this group to back off of you." (in presence of Davita employees and patients)

The Plaintiff alleges that he protested their discrimination and invasion of peivacy by engaging in "protected activity" by picketing and demonstrating with a large poster/sign outside of Davita Upstate's facility. The protest was observed by Audrey Hartfield, social worker and a white female dialysis employee. The Plaintiff alleges that the employee knew her coworkers were willing to conspire to hurt and discriminate against Plaintiff. This dialysis employee, Plaintiff alleges, said, "That's why they (her coworkers) did you like that." (referring to the protest poster) This employee did not disparage Plaintiff, but verbalized her disgust for her peers.

III. STATEMENT OF CLAIM - continued.

The Plaintiff alleges that actions was to cover up the conspiracy. The Plaintiff was denied personal, natural rights, immunities guaranteed by and protected by the Constitution and to participate in federally assisted dialysis very close to his home in Greenville, which was race-based. The Plaintiff alleges that in furtherance of the conspiracy, the facility charge nurse evaded what her staff did and stated, "I don't want you to have a stroke." (days after the egregious conduct) Again, the Plaintiff alleges that no federal enforcement group would do anything, including investigate his complaints. The FCC office in Cerritos, California helped Plaintiff discover which Adventist groups had FCC licensed sattelite transmitters and the gentleman stated, "continue your research and approach it from the health aspects. FBI did nothing but lie and deceive Plaintiff because of the "Big" groups involved. (Broadcasters) "Black Lives do Matter!"

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

The Plaintiff prays for a trial by Jury and any other relief as deemed necessary by the Court. Monetary damages in the amount of $170,600.00 as punitive damages. A fair and impartial opportunity to litigate and prove conspiracy to damage reputation and cause more life threatening health problems as a dialysis patient.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 20 day of April, 2015.

Benjamin L Anderson
*Signature of Plaintiff*